# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cindy Kuiper | CASE No C  25-cv-9400-HSG |
| **Plaintiff(s)** | |
| v. | STIPULATION AND ORDER SELECTING ADR PROCESS |
| Experian Information Solutions, Inc. et | |
| **Defendant(s)** | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☑ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: March 3, 2026

/s/ Joe Angelo
Attorney for Plaintiff

Date: March 3, 2026

/s/ Jason Roberts
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 3/4/2026

*Haywood S. Gill, Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

**ATTACHMENT TO STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

Date: March 3, 2026

_/s/ Thomas N. Abbott_
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS