Joe Angelo (Bar No. 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Cynthia Kuiper

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KUIPER,<br><br>    Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC et. al.<br>    Defendants. | Case No.: 4:25-cv-09400-HSG<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Equifax Information Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  4/14/2026

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

1
ORDER