Joe Angelo (Bar No. 268542)
joe@galeangelojohnson.com
Gale, Angelo, Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Cynthia Kuiper

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KUIPER,<br><br>       Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et. al.<br>       Defendants. | Case No.: 4:25-cv-09400-HSG<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, the June 1, 2026 ADR deadline is extended to August 14, 2026.


IT IS SO ORDERED.


DATED:   5/14/2026

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

1
ORDER